UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

PEGGY MANETT, an individual,

    Plaintiff,

vs.                                                            CASE NO.: 2:16-cv-598-FtM-99CM

G.P. PLUMBING & AIR CONDITIONING
CORP., a Florida profit corporation,
GUY R. POIRIER, an individual, and
CARLOS T. COSTA, an individual,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Peggy Manett, by and through undersigned counsel, hereby voluntarily dismisses the above action with prejudice.

Dated: September 23, 2016

    s/ Bradley P. Rothman
    Bradley P. Rothman
    Florida Bar No. 0677345
    brothman@weldonrothman.com
    WELDON & ROTHMAN, PL
    7935 Airport-Pulling Road N., Suite 205
    Naples, Florida 34109
    Tel: (239) 262-2141
    Fax: (239) 262-2342
    *Counsel for Plaintiff*